# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVONNE HOOKS,<br>  Plaintiff,<br><br>       v.<br><br>DIGNITY HEALTH,<br>  Defendant. | CV 22-7699 DSF (PDx)<br><br>JUDGMENT |

    The Court having dismissed Plaintiff's breach of contract claim on the merits without leave to amend and having previously dismissed Plaintiff's other claims without prejudice,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the breach of contract claim be dismissed with prejudice, that all other claims be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 12, 2023

                                                                    Dale S. Fischer
                                                                    United States District Judge