

| | |
|---|---|

1 **KAZEROUNI LAW GROUP, APC**
2 Abbas Kazerounian, Esq. (SBN: 249203)
  ak@kazlg.com
3 Pamela E. Prescott, Esq. (SBN: 328243)
  pamela@kazlg.com
4 Gil Melili, Esq. (SBN: 337116)
5 gil@kazlg.com
6 245 Fischer Avenue, Suite D1
  Costa Mesa, California 92626
7 Telephone: (800) 400-6808
8 Facsimile: (800) 520-5523

9 **KAZEROUNI LAW GROUP, APC**
10 Jason A. Ibey, Esq (SBN: 284607)
   jason@kazlg.com
11 321 N Mall Drive, Suite R108
12 St. George, Utah 84790
   Telephone: (800) 400-6808
13 Facsimile: (800) 520-5523

14 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVONNE HOOKS, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**DIGNITY HEALTH; and DOES 1 through 50, inclusive,**<br><br>**Defendant.** | **Case No.:** 2:22-cv-07699-DSF-PD<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**HON. DALE S. FISCHER** |

Case No.: 2:22-cv-07699-DSF-PD

**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that plaintiff Travonne Hooks ("Plaintiff") and defendant Dignity Health ("Defendant") (collectively the "Parties"), have reached a settlement in principle of this matter, on an individual basis only.

Accordingly, Plaintiff respectfully requests that any pending date and deadlines in this action, including the September 28, 2023 deadline for Plaintiff to post the security on Defendant's application to tax costs against Plaintiff (Dkt. No. 92), be vacated and that the Court afford the Parties through October 31, 2023, to finalize their settlement and file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 27, 2023                                   Respectfully Submitted,

                                                                      **KAZEROUNI LAW GROUP, APC**

                                                                     By: */s/ Jason A. Ibey, Esq.*
                                                                          Jason A. Ibey, Esq.
                                                                          *Attorneys for Plaintiff*

