# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVONNE HOOKS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH.<br><br>Defendant. | Case No.: 2:22-cv-07699-DSF-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>HON. DALE S. FISCHER |

Good causing appearing, the stipulated request of plaintiff Travonne Hooks ("Plaintiff") and defendant Dignity Health ("Defendant") (together, the "Parties"), for dismissal of Plaintiff's individual claims against Defendant *with prejudice* and dismissal of the claims of the putative class members against Defendant *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED.

The Parties shall each bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
Hon. Dale S. Fischer
United States District Judge